1   David C. Kiernan (State Bar No. 215335)
    dkiernan@JonesDay.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:    +1.415.626.3939
4   Facsimile:    +1.415.875.5700

5   Attorneys for Defendants
    Santa Fe Natural Tobacco Company
6   and Reynolds American Inc.

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12  RUSSELL BRATTAIN, individually and on      Case No. 4:15-cv-04705-JSW
    behalf of all others similarly situated,
13                                             Judge Jeffrey S. White
                    Plaintiffs,
14                                             **STIPULATED REQUEST AND
         v.                                    [PROPOSED] ORDER FOR
15                                             BRIEFING SCHEDULE ON
    SANTA FE NATURAL TOBACCO                   DEFENDANTS' MOTION TO
16  COMPANY, INC., REYNOLDS                    DISMISS**
    AMERICAN, INC., and DOES 1 through 59,
17
                    Defendants.
18                                             Complaint Filed October 9, 2015
                                               No Trial Date Assigned
19

20          **STIPULATED REQUEST FOR BRIEFING SCHEDULE**

21          On October 12, 2015, Plaintiff served a 111-paragraph class-action Complaint against

22  Sante Fe Natural Tobacco Company, Inc. and Reynolds American, Inc. ("Defendants"), alleging

23  five causes of action challenging Defendants' use of terms "100% additive-free," "natural" and/or

24  "organic" in the marketing of American Spirits cigarettes.  Plaintiff seeks to represent a class of

25  all persons in the State of California who purchased American Spirits.

26          On December 14, 2015, Defendants moved to dismiss the Complaint in its entirety on the

27  grounds (among others) that it fails to state a claim upon which relief may be granted and each

28  cause of action is preempted by federal law.  Under the local rules, Plaintiff's opposition is due

1    fourteen days later on December 28, 2015, and Defendants' reply is due seven days after

2    Plaintiff's opposition on January 4, 2016.

3          In light of the holidays and the issues to be briefed, including federal preemption, the

4    parties agree that Plaintiff be allowed an additional fourteen days to file his opposition and

5    Defendants be allowed an additional seven days to file their reply.

6          NOW THEREFORE the parties hereby agree, stipulate, and request that the Court enter

7    the following briefing schedule:

8          Plaintiff's opposition is due January 13, 2016; and

9          Defendants' reply in support of their motion to dismiss is due by January 27, 2016.

10

11          **IT IS SO STIPULATED.**

12   Dated: December 15, 2015                    JONES DAY

13

14                                               By:   */S/ David C. Kiernan*
                                                       David C. Kiernan
15

16                                               Attorneys for Defendants
                                                 Santa Fe Natural Tobacco Company and
17                                               Reynolds American Inc.

18   Dated: December 15, 2015                    EGGNATZ, LOPATIN & PASCUCCI, LLP

19

20                                               By:   */S/ Benjamin M. Lopatin*
                                                       Benjamin M. Lopatin
21

22                                               2201 Market Street, Suite H
                                                 San Francisco, California  94114
23                                               Telephone:  415-324-8620
                                                 Facsimile:   415-520-2262
24
                                                 Attorneys for Plaintiff
25                                               Russell Brattain

26

27

28

Stipulated Req. For Briefing Schedule
Case No. 4:15-cv-04705-JSW

1     **IT IS SO ORDERED.**

2

      DATED: ___December 15, 2015___                    _____
3
                                                        THE HONORABLE JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE
4

5

6

7
              Pursuant to L.R. 5-1(i), I attest that the concurrence in the filing of this document has been
8
      obtained from Benjamin M. Lopatin which shall serve in lieu of his signature.
9
                                                        By:  */S/ David C. Kiernan*
10                                                           David C. Kiernan

11

12
      NAI-1500647353v2
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28