Benjamin M. Lopatin, Esq. (CA Bar No. 281730)
Email: blopatin@elplawyers.com
EGGNATZ, LOPATIN & PASCUCCI, LLP
2201 Market Street, Suite H
San Francisco, CA 94114
Office: (415) 324-8620
Fax: (415) 520-2262

*Attorneys for Plaintiff Russell Brattain and
the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRATTAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA FE NATURAL TOBACCO COMPANY, INC., REYNOLDS AMERICAN, INC., and DOES 1 through 59,<br><br>Defendants. | Case No. 4:15-cv-04705-JSW<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF DEADLINES FOR PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTION TO DISMISS AND AMENDED REQUEST FOR JUDICIAL NOTICE AS MODIFIED HEREIN<br>CLASS ACTION**<br><br>*Jury Trial Requested by Plaintiff*<br><br>Hearing Date: February 26, 2016<br>Hearing Time: 9:00am<br>Judge: The Hon. Judge Jeffrey S. White<br>Location: Courtroom 5-2nd Floor<br><br>Complaint Filed October 9, 2015<br><br>No Trial Date Assigned Presently |

Case Number 4:15-cv-04705-JSW

TO ALL PARTIES AND COUNSEL OF RECORD:

Motion to Dismiss and Plaintiff's Opposition to Defendants' Amended Request for Judicial Notice is now due on January 20, 2016; and Defendants' Reply in Support of Defendants' Amended Request for Judicial Notice is now due February 3, 2016. The Court reserves the right to continue the hearing date if it determines a continuance is appropriate.

**IT IS SO ORDERED.**

DATED: January 13, 2016

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

- 2 -

Case Number 4:15-cv-04705-JSW